# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL STEIN and AMY STEIN | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| FENESTRA AMERICA, L.L.C. and | : | |
| ZELUCK, INC. | : | No. 09-5038 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **9th** day of **March, 2010**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's response thereto, Defendants' reply thereon, and for the reasons set forth in this Court's March 9, 2010 Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 4) is **GRANTED in part and DENIED in part.**

    a. Defendants' Motion to Dismiss Count II, Count III, and Count IV of Plaintiff's Amended Complaint is **GRANTED**.

    b. Defendants' Motion to Dismiss Count V and Count VI with respect to Zeluck, Inc., and Count VII in its entirety is **DENIED without prejudice**.

2. Plaintiffs are hereby granted 30 days to conduct limited discovery on issues relevant to whether the corporate veil should be pierced in this case. Plaintiffs have until **April 23, 2010** to further amend their Complaint to allege additional facts supporting their argument that Zeluck and Fenestra are jointly and severally liable for the debts of each other.

BY THE COURT:

_/s/_

**Berle M. Schiller, J.**